SDNY (NYC)
03-cv-8531
GRIESA

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------X
MOLDES et al.,

        Plaintiffs-Appellees,    : 08-2837-cv

    - against -

THE REPUBLIC OF ARGENTINA and THE PROVINCE   : **STIPULATION**
OF BUENOS AIRES,

        Defendants-Appellants.
------------------------------------X
BUCZAT et al.,

        Plaintiffs-Appellees,    : 08-2839-cv

    - against -

THE REPUBLIC OF ARGENTINA,

        Defendant-Appellant.
------------------------------------X
OLD CASTLE HOLDINGS, LTD.,

        Plaintiff-Appellee,    : 08-2841-cv

    - against -

THE REPUBLIC OF ARGENTINA,

        Defendant-Appellant.
------------------------------------X
ROSA et al.,

        Plaintiffs-Appellees,    : 08-2843-cv

    - against -

THE REPUBLIC OF ARGENTINA,

        Defendant-Appellant.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 16 2009

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

CERTIFIED: 11-12-09

```
------------------------------------------------------------- X
                                                              :
CASTRO,                                                       :
                                                              :    08-2848-cv
                    Plaintiff-Appellee,                       :
                                                              :
            - against -                                       :
                                                              :
THE REPUBLIC OF ARGENTINA,                                    :
                                                              :
                    Defendant-Appellant.                      :
                                                              :
------------------------------------------------------------- X
                                                              :
APPLESTEIN TTEE FBO D.C.A. GRANTOR TRUST, et                  :
al.,                                                          :    08-2849-cv
                                                              :
                    Plaintiffs-Appellees,                     :
                                                              :
            - against -                                       :
                                                              :
THE REPUBLIC OF ARGENTINA,                                    :
                                                              :
                    Defendant-Appellant.                      :
                                                              :
------------------------------------------------------------- X
                                                              :
FRANCESCHI et al.,                                            :
                                                              :
                    Plaintiffs-Appellees,                     :    08-2855-cv
                                                              :
            - against -                                       :
                                                              :
THE REPUBLIC OF ARGENTINA,                                    :
                                                              :
                    Defendant-Appellant.                      :
                                                              :
------------------------------------------------------------- X
                                                              :
VALLS et al.,                                                 :
                                                              :
                    Plaintiffs-Appellees,                     :    08-2856-cv
                                                              :
            - against -                                       :
                                                              :
THE REPUBLIC OF ARGENTINA,                                    :
                                                              :
                    Defendant-Appellant.                      :
                                                              :
------------------------------------------------------------- X
```

```
------------------------------------------------------------X
LATINBURG S.A.,                                             :
                                                            :    08-2858-cv
                    Plaintiff-Appellee,                     :
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
MARTINEZ et al.,                                            :
                                                            :    08-2860-cv
                    Plaintiffs-Appellees,                   :
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
FRANCO et al.,                                              :
                                                            :    08-2862-cv
                    Plaintiffs-Appellees,                   :
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
RIGUEIRO et al.,                                            :
                                                            :    08-2863-cv
                    Plaintiffs-Appellees,                   :
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
```

```
---------------------------------------------------------------X
BACCANELLI,                                                    :
                                                               :    08-2866-cv
                    Plaintiff-Appellee,                        :
                                                               :
        - against -                                            :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                    Defendant-Appellant.                       :
                                                               :
---------------------------------------------------------------X
DENCHU INVESTMENT CORP.,                                       :
                                                               :    08-2867-cv
                    Plaintiff-Appellee,                        :
                                                               :
        - against -                                            :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                    Defendant-Appellant.                       :
                                                               :
---------------------------------------------------------------X
CHORNY,                                                        :
                                                               :    08-2883-cv
                    Plaintiff-Appellee,                        :
                                                               :
        - against -                                            :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                    Defendant-Appellant.                       :
                                                               :
---------------------------------------------------------------X
AZZA et al.,                                                   :
                                                               :    08-2884-cv
                    Plaintiffs-Appellees,                      :
                                                               :
        - against -                                            :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                    Defendant-Appellant.                       :
                                                               :
---------------------------------------------------------------X
```

```
------------------------------------------------------------X
                                                            :
MILLION AIR CORP.,                                          :
                                                            :    08-2885-cv
                    Plaintiff-Appellee,                     :
                                                            :
       - against -                                          :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
BLIWAY INTERNATIONAL S.A.,                                  :
                                                            :    08-2887-cv
                    Plaintiff-Appellee,                     :
                                                            :
       - against -                                          :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
PASQUALI et al.,                                            :
                                                            :    08-2889-cv
                    Plaintiffs-Appellees,                   :
                                                            :
       - against -                                          :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
BACCANELLI,                                                 :
                                                            :    08-2890-cv
                    Plaintiff-Appellee,                     :
                                                            :
       - against -                                          :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
                                                            :
BECHARA et al.,                                             :
                                                            :   08-2891-cv
                    Plaintiffs-Appellees,                   :
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
HILLSIDE LTD.,                                              :
                                                            :
                    Plaintiff-Appellee,                     :   08-2892-cv
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
DOLCETTI et al.,                                            :
                                                            :
                    Plaintiffs-Appellees,                   :   08-2893-cv
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
MILANESI et al.,                                            :
                                                            :
                    Plaintiffs-Appellees,                   :   08-2895-cv
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
```

```
------------------------------------------------X
ERB et al.,                                     :
                    Plaintiffs-Appellees,       :    08-2898-cv
                                                :
         - against -                            :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                    Defendant-Appellant.        :
------------------------------------------------X
HEEB et al.,                                    :
                                                :
                    Plaintiffs-Appellees,       :    08-2900-cv
                                                :
         - against -                            :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                    Defendant-Appellant.        :
------------------------------------------------X
ALZUGARAY et al.,                               :
                                                :
                    Plaintiffs-Appellees,       :    08-2901-cv
                                                :
         - against -                            :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                    Defendant-Appellant.        :
------------------------------------------------X
AURELIUS CAPITAL PARTNERS, LP & AURELIUS        :
CAPITAL MASTERS, LTD.,                          :    08-2902-cv
                                                :
                    Plaintiffs-Appellees,       :
                                                :
         - against -                            :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                    Defendant-Appellant.        :
------------------------------------------------X
```

```
------------------------------------------------------------X
                                                            :
STRUGO,                                                     :
                                                            :   08-2904-cv
                    Plaintiff-Appellee,                     :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
BONVECCHI et al.,                                           :
                                                            :   08-2908-cv
                    Plaintiffs-Appellees,                   :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
SCHWALD et al.,                                             :
                                                            :   08-2909-cv
                    Plaintiffs-Appellees,                   :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
ZYLBERBERG FEIN LLC,                                        :
                                                            :   08-2910-cv
                    Plaintiff-Appellee,                     :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
IVELO HOLDING CORP.,                                        :
                                                            :    08-2911-cv
                    Plaintiff-Appellee,                     :
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
U.V.A. VADUZ et al.,                                        :
                                                            :    08-2914-cv
                    Plaintiffs-Appellees,                   :
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
BORGRA et al.,                                              :
                                                            :    08-2920-cv
                    Plaintiffs-Appellees,                   :
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
BEYER et al.,                                               :
                                                            :    08-2921-cv
                    Plaintiffs-Appellees,                   :
                                                            :
        - against -                                         :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
CILLI et al.,                                               :
                                                            :   08-2923-cv
                    Plaintiffs-Appellees,                   :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
                                                            :
LIGHTWATER CORP.,                                           :
                                                            :   08-2924-cv
                    Plaintiff-Appellee,                     :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
                                                            :
MAZORAL S.A.,                                               :
                                                            :   08-2931-cv
                    Plaintiff-Appellee,                     :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
                                                            :
CONSOLINI et al.,                                           :
                                                            :   08-2932-cv
                    Plaintiffs-Appellees,                   :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
LEGNARO et al.,                                             :
                                                            :    08-2937-cv
                          Plaintiffs-Appellees,             :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA and THE PROVINCE                  :
OF BUENOS AIRES,                                            :
                                                            :
                          Defendants-Appellants.            :
------------------------------------------------------------X
HWB VICTORIA STRATEGIES PORTFOLIO et al.,                   :
                                                            :    08-2939-cv
                          Plaintiffs-Appellees,             :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                          Defendant-Appellant.              :
------------------------------------------------------------X
ETEVOB et al.,                                              :
                                                            :    08-2940-cv
                          Plaintiffs-Appellees,             :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA and THE PROVINCE                  :
OF BUENOS AIRES,                                            :
                                                            :
                          Defendants-Appellants.            :
------------------------------------------------------------X
ARRIGONI et al.,                                            :
                                                            :    08-2941-cv
                          Plaintiffs-Appellees,             :
                                                            :
            - against -                                     :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                          Defendant-Appellant.              :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
AMBER REED CORP. & CONSULTORA KILSER S.A.,  :
                                             :    08-2942-cv
            Plaintiffs-Appellees,            :
                                             :
      - against -                            :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
            Defendant-Appellant.             :
------------------------------------------------------------X
FERRI et al.,                                :
                                             :    08-2944-cv
            Plaintiffs-Appellees,            :
                                             :
      - against -                            :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
            Defendant-Appellant.             :
------------------------------------------------------------X
AMOROSO et al.,                              :
                                             :    08-2945-cv
            Plaintiffs-Appellees,            :
                                             :
      - against -                            :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
            Defendant-Appellant.             :
------------------------------------------------------------X
SAUCO et al.,                                :
                                             :    08-2946-cv
            Plaintiffs-Appellees,            :
                                             :
      - against -                            :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
            Defendant-Appellant.             :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
                                                            :
MORATA et al.,                                              :
                                                            :    08-2947-cv
                    Plaintiffs-Appellees,                   :
                                                            :
         - against -                                        :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
FONTANA et al.,                                             :
                                                            :    08-2948-cv
                    Plaintiffs-Appellees,                   :
                                                            :
         - against -                                        :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
BETTONI et al.,                                             :
                                                            :    08-2951-cv
                    Plaintiffs-Appellees,                   :
                                                            :
         - against -                                        :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
                                                            :
------------------------------------------------------------X
                                                            :
ROSSINI et al.,                                             :
                                                            :    08-2954-cv
                    Plaintiffs-Appellees,                   :
                                                            :
         - against -                                        :
                                                            :
THE REPUBLIC OF ARGENTINA and THE PROVINCE                  :
OF BUENOS AIRES,                                            :
                                                            :
                    Defendants-Appellants.                  :
                                                            :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
                                                            :
FEDECOSTANTE et al.,                                        :
                                                            :    08-2955-cv
                 Plaintiffs-Appellees,                      :
                                                            :
          - against -                                       :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                 Defendant-Appellant.                       :
                                                            :
------------------------------------------------------------X
                                                            :
LISI et al.,                                                :
                                                            :    08-2956-cv
                 Plaintiffs-Appellees,                      :
                                                            :
          - against -                                       :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                 Defendant-Appellant.                       :
                                                            :
------------------------------------------------------------X
                                                            :
FORGIONE et al.,                                            :
                                                            :    08-2958-cv
                 Plaintiffs-Appellees,                      :
                                                            :
          - against -                                       :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                 Defendant-Appellant.                       :
                                                            :
------------------------------------------------------------X
                                                            :
PALLADINI et al.,                                           :
                                                            :    08-2959-cv
                 Plaintiffs-Appellees,                      :
                                                            :
          - against -                                       :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                 Defendant-Appellant.                       :
                                                            :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
                                                            :
BLUE ANGEL CAPITAL I LLC,                                   :
                                                            :    08-2962-cv
                        Plaintiff-Appellee,                 :
                                                            :
              - against -                                   :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                        Defendant-Appellant.                :
                                                            :
------------------------------------------------------------X
                                                            :
KLEIN et al.,                                               :
                                                            :    08-2963-cv
                        Plaintiffs-Appellees,               :
                                                            :
              - against -                                   :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                        Defendant-Appellant.                :
                                                            :
------------------------------------------------------------X
                                                            :
LOVATI,                                                     :
                                                            :    08-2967-cv
                        Plaintiff-Appellee,                 :
                                                            :
              - against -                                   :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                        Defendant-Appellant.                :
                                                            :
------------------------------------------------------------X
                                                            :
COLELLA & DUSSAULT,                                         :
                                                            :    08-2973-cv
                        Plaintiffs-Appellees,               :
                                                            :
              - against -                                   :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                        Defendant-Appellant.                :
                                                            :
------------------------------------------------------------X
```

------------------------------------------------------------X
PURICELLI,

    Plaintiff-Appellee,

  - against -

THE REPUBLIC OF ARGENTINA,

    Defendant-Appellant.

08-2976-cv

------------------------------------------------------------X
PRIMA et al.,

    Plaintiffs-Appellees,

  - against -

THE REPUBLIC OF ARGENTINA and THE PROVINCE OF BUENOS AIRES,

    Defendants-Appellants.

08-2977-cv

------------------------------------------------------------X
HICKORY SECURITIES LTD.,

    Plaintiff-Appellee,

  - against -

THE REPUBLIC OF ARGENTINA,

    Defendant-Appellant.

08-2979-cv

------------------------------------------------------------X
BOTTI et al.,

    Plaintiffs-Appellees,

  - against -

THE REPUBLIC OF ARGENTINA and THE PROVINCE OF BUENOS AIRES,

    Defendants-Appellants.

08-2980-cv

------------------------------------------------------------X

```
------------------------------------------------------------X
SEIJAS et al.,                                              :
                                                            :   08-2981-cv
                    Plaintiffs-Appellees,                   :
                                                            :
       - against -                                          :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
TADAYON,                                                    :
                                                            :   08-2992-cv
                    Plaintiff-Appellee,                     :
                                                            :
       - against -                                          :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
BOLLAND et al.,                                             :
                                                            :   08-2995-cv
                    Plaintiffs-Appellees,                   :
                                                            :
       - against -                                          :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                    Defendant-Appellant.                    :
------------------------------------------------------------X
```

### STIPULATION WITHDRAWING APPEALS FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE AND WITH LEAVE TO REACTIVATE

The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Capital Partners LP

v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int'l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Court's resolution of the Consolidated Appeals shall resolve the Deactivated Appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Court's decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeal does not have a judgment and the Court's order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v Alliance Bond Fund, Inc., 527 U.S. 308 (1999).

Withdrawal of the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b).

Dated: New York, New York
October 14, 2008

DREIER LLP

By: _Marc S. Dreier (K.D.)_
Marc S. Dreier (mdreier@dreierllp.com)
Joel A. Chernov (jchernov@dreierllp.com)
Regina M. Alter (ralter@dreierllp.com)

499 Park Avenue
New York, New York 10022
(212) 328-6100

MILBERG LLP

11.3.09

By: _Michael C Spencer_
Michael C. Spencer (mspencer@milberg.com)
*Attorneys for Plaintiffs Represented in SDNY Cases*
One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300

2

SIMPSON THACHER & BARTLETT LLP

By: *Barry R. Ostrager* (P.B.)
Barry R. Ostrager (bostrager@stblaw.com)
Mary Kay Vyskocil (mvskocil@stblaw.com)
Tyler B. Robinson (trobinson@stblaw.com)

425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000

GUILLERMO A. GLEIZER

By: *Guillermo A. Gleizer* (P.B.)
Guillermo A. Gleizer
(guillermo_gleizer@aya.yale.edu)

19 W 34th St.
Suite 914
New York, NY 10001
(646) 233-3097

PROSKAUER ROSE LLP

By: *Bertrand Sellier* (P.B.)
Bertrand Sellier (bsellier@proskauer.com)
William Weisman (wweisman@proskauer.com)

1585 Broadway
New York, NY 10036-8299
(212) 969-3000

3

MOSS & KALISH, PLLC

By: *Mark L. Kalish* (K.D.)
Mark L. Kalish (kalish@mosskalish.com)
David B. Gelfarb (gelfarb@mosskalish.com)

122 East 42nd St.
Suite 2100
New York, NY 10168
(212) 867-4488

Attorneys for Plaintiffs Appellees


CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: *Carmine D. Boccuzzi* (K.D.)
Jonathan I. Blackman (jblackman@cgsh.com)
Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for the Republic of Argentina and
Province of Buenos Aires



(Stamp: UNITED STATES COURT OF APPEALS FILED NOV 10 2009 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT)

**SO ORDERED:**

On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel.

_____
Jon O. Newman
U.S. Circuit Judge

Dated: Nov. 9, 2009