USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
Bondholder Actions Against the Republic of Argentina : [PROPOSED] ORDER
(Captions Below) :
 :
------------------------------------------------------------------------X

<u>Lightwater Corp. v. Republic of Argentina</u>, 02 Civ. 3804 (TPG)
<u>Old Castle Holdings, Ltd. v. Republic of Argentina</u>, 02 Civ. 3808 (TPG)
<u>Applestein TTEE FBO D.C.A. Grantor Trust, et al. v. Republic of Argentina</u>,
02 Civ. 4124 (TPG)
<u>Macrotecnic Int'l Corp. v. Republic of Argentina</u>, 02 Civ. 5932 (TPG)
<u>Etevob, et al. v. Republic of Argentina & Province of Buenos Aires</u>, 03 Civ. 1680 (TPG)
<u>EM Ltd. v. Republic of Argentina</u>, 03 Civ. 2507 (TPG)
<u>Franceschi, et al. v. Republic of Argentina</u>, 03 Civ. 4693 (TPG)
<u>Mazzini, et al. v. Republic of Argentina</u>, 03 Civ. 8120 (TPG)
<u>Latinburg S.A. v. Republic of Argentina</u>, 03 Civ. 8528 (TPG)
<u>Fontana, et al. v. Republic of Argentina</u>, 03 Civ. 8531 (TPG)
<u>NML Capital, Ltd. v. Republic of Argentina</u>, 03 Civ. 8845 (TPG)
<u>Franco, et al. v. Republic of Argentina</u>, 03 Civ. 9537 (TPG)
<u>Denchu Invest. Corp. v. Republic of Argentina</u>, 03 Civ. 9538 (TPG)
<u>Seijas, et al. v. Republic of Argentina</u>, 04 Civ. 400 (TPG)
<u>Seijas, et al. v. Republic of Argentina</u>, 04 Civ. 401 (TPG)
<u>Castro v. Republic of Argentina</u>, 04 Civ. 506 (TPG)
<u>Hickory Sec., Ltd. v. Republic of Argentina</u>, 04 Civ. 936 (TPG)
<u>Azza, et al. v. Republic of Argentina</u>, 04 Civ. 937 (TPG)
<u>Million Air Corp. v. Republic of Argentina</u>, 04 Civ. 1048 (TPG)
<u>Prima, et al. v. Republic of Argentina & Province of Buenos Aires</u>, 04 Civ. 1077 (TPG)
<u>Azza, et al. v. Republic of Argentina</u>, 04 Civ. 1085 (TPG)
<u>Puricelli v. Republic of Argentina</u>, 04 Civ. 2117 (TPG)
<u>Chorny v. Republic of Argentina</u>, 04 Civ. 2118 (TPG)
<u>Colella, et al. v. Republic of Argentina</u>, 04 Civ. 2710 (TPG)
<u>Mazoral, S.A. v. Republic of Argentina</u>, 04 Civ. 3313 (TPG)
<u>Morata, et al. v. Republic of Argentina</u>, 04 Civ. 3314 (TPG)
<u>Exposito v. Republic of Argentina</u>, 04 Civ. 3639 (TPG)
<u>Moldes, et al. v. Republic of Argentina & Province of Buenos Aires</u>, 04 Civ. 6137 (TPG)
<u>Cilli, et al. v. Republic of Argentina</u>, 04 Civ. 6594 (TPG)
<u>Buczat, et al. v. Republic of Argentina</u>, 04 Civ. 7056 (TPG)
<u>Rosa, et al. v. Republic of Argentina</u>, 04 Civ. 7504 (TPG)
<u>Consolini, et al. v. Republic of Argentina</u>, 05 Civ. 177 (TPG)
<u>Legnaro, et al. v. Republic of Argentina & Province of Buenos Aires</u>, 05 Civ. 178 (TPG)
<u>Banca Arner S.A. v. Republic of Argentina</u>, 05 Civ. 277 (TPG)
<u>Bonvecchi, et al. v. Republic of Argentina</u>, 05 Civ. 2159 (TPG)
<u>Arrigoni, et al. v. Republic of Argentina</u>, 05 Civ. 2275 (TPG)
<u>NML Capital, Ltd. v. Republic of Argentina</u>, 05 Civ. 2434 (TPG)
<u>Martinez, et al. v. Republic of Argentina</u>, 05 Civ. 2521 (TPG)

Ferri, et al. v. Republic of Argentina, 05 Civ. 2943 (TPG)
Rigueiro, et al. v. Republic of Argentina, 05 Civ. 3089 (TPG)
FFI Fund Ltd., et al. v. Republic of Argentina, 05 Civ. 3328 (TPG)
Bechara, et al. v. Republic of Argentina, 05 Civ. 3825 (TPG)
Sauco, et al. v. Republic of Argentina, 05 Civ. 3955 (TPG)
Capital Ventures Int'l v. Republic of Argentina, 05 Civ. 4085 (TPG)
Marangoni v. Republic of Argentina, 05 Civ. 4128 (TPG)
Strugo v. Republic of Argentina, 05 Civ. 4149 (TPG)
Montreux Partners, L.P. v. Republic of Argentina, 05 Civ. 4239 (TPG)
Bettoni, et al. v. Republic of Argentina, 05 Civ. 4299 (TPG)
Fedecostante, et al. v. Republic of Argentina, 05 Civ. 4466 (TPG)
Meridian Invest. & Bus. Corp. v. Republic of Argentina, 05 Civ. 5197 (TPG)
Lisi, et al. v. Republic of Argentina, 05 Civ. 6002 (TPG)
Rossini, et al. v. Republic of Argentina & Province of Buenos Aires, 05 Civ. 6200 (TPG)
Klein, et al. v. Republic of Argentina, 05 Civ. 6599 (TPG)
Lovati v. Republic of Argentina, 05 Civ. 8195 (TPG)
Botti, et al. v. Republic of Argentina, 05 Civ. 8687 (TPG)
Fazzolari, et al. v. Republic of Argentina, 05 Civ. 9072 (TPG)
Los Angeles Capital v. Republic of Argentina, 05 Civ. 10201 (TPG)
GMO Emerging Country Debt L.P. v. Republic of Argentina, 05 Civ. 10380 (TPG)
GMO Emerging Country Debt Invest. Fund PLC v. Republic of Argentina,
05 Civ. 10382 (TPG)
GMO Emerging Country Debt Fund v. Republic of Argentina, 05 Civ. 10383 (TPG)
Pasquali, et al. v. Republic of Argentina, 05 Civ. 10636 (TPG)
Capital Ventures Int'l v. Republic of Argentina, 06 Civ. 207 (TPG)
Wagner, et al. v. Republic of Argentina, 06 Civ. 1091 (TPG)
Angulo, et al. v. Republic of Argentina, 06 Civ. 1590 (TPG)
Settin, et al. v. Republic of Argentina, 06 Civ. 3068 (TPG)
Bolland, et al. v. Republic of Argentina, 06 Civ. 3196 (TPG)
Amoroso v. Republic of Argentina, 06 Civ. 3197 (TPG)
Bliway Int'l S.A. v. Republic of Argentina, 06 Civ. 3198 (TPG)
Ladjevardian, et al. v. Republic of Argentina, 06 Civ. 3276 (TPG)
Alzugaray, et al. v. Republic of Argentina, 06 Civ. 3976 (TPG)
Cordoba Capital v. Republic of Argentina, 06 Civ. 5887 (TPG)
Schwald, et al. v. Republic of Argentina, 06 Civ. 6032 (TPG)
Teachers Ins. and Annuity Ass'n of America v. Republic of Argentina, 06 Civ. 6221 (TPG)
NML Capital, Ltd. v. Republic of Argentina, 06 Civ. 6466 (TPG)
Ivelo Holding Corp. v. Republic of Argentina, 06 Civ. 7100 (TPG)
Beltramo, et al. v. Republic of Argentina, 06 Civ. 7151 (TPG)
Claren Corp. v. Republic of Argentina, 06 Civ. 13675
Tadayon v. Republic of Argentina, 06 Civ. 14299 (TPG)
Hansen v. Republic of Argentina, 06 Civ. 15293 (TPG)
Crostelli, et al. v. Republic of Argentina, 06 Civ. 15300 (TPG)
Capital Mkts. Fin. Servs., et al. v. Republic of Argentina, 06 Civ. 15301 (TPG)
Caronte Ltd., S.A. v. Republic of Argentina, 06 Civ. 15316 (TPG)
Beyer, et al. v. Republic of Argentina, 07 Civ. 98 (TPG)
Palladini, et al. v. Republic of Argentina, 07 Civ. 689 (TPG)

<u>Catto, et al. v. Republic of Argentina</u>, 07 Civ. 937 (TPG)
<u>Wilton Capital, Ltd. v. Republic of Argentina</u>, 07 Civ. 1797 (TPG)
<u>Los Angeles Capital v. Republic of Argentina</u>, 07 Civ. 2349 (TPG)
<u>Dolcetti, et al. v. Republic of Argentina</u>, 07 Civ. 2607 (TPG)
<u>NML Capital, Ltd. v. Republic of Argentina</u>, 07 Civ. 2690 (TPG)
<u>Blue Angel Capital I LLC v. Republic of Argentina</u>, 07 Civ. 2693 (TPG)
<u>Aurelius Capital Partners, LP, et al. v. Republic of Argentina</u>, 07 Civ. 2715 (TPG)
<u>Baccanelli v. Republic of Argentina</u>, 07 Civ. 2788 (TPG)
<u>Baccanelli v. Republic of Argentina</u>, 07 Civ. 3851 (TPG)
<u>Andrarex Ltd. v. Republic of Argentina</u>, 07 Civ. 5593 (TPG)
<u>Borgra, et al. v. Republic of Argentina</u>, 07 Civ. 5807 (TPG)
<u>Ritoper v. Republic of Argentina</u>, 07 Civ. 6426 (TPG)
<u>Milanesi, et al. v. Republic of Argentina</u>, 07 Civ. 7248 (TPG)
<u>Fernandez, et al. v. Republic of Argentina</u>, 07 Civ. 7351 (TPG)
<u>Heeb, et al. v. Republic of Argentina</u>, 07 Civ. 10656 (TPG)
<u>HWB Victoria Strategies Portfolio, et al. v. Republic of Argentina</u>, 07 Civ. 10657 (TPG)
<u>Aurelius Capital Partners, LP, et al. v. Republic of Argentina</u>, 07 Civ. 11327 (TPG)
<u>HWB Victoria Strategies Portfolio, et al. v. Republic of Argentina</u>, 07 Civ. 11382 (TPG)
<u>Erb, et al. v. Republic of Argentina</u>, 07 Civ. 11495 (TPG)
<u>Zylberberg Fein LLC v. Republic of Argentina</u>, 07 Civ. 11496 (TPG)
<u>U.V.A. Vaduz, et al. v. Republic of Argentina</u>, 07 Civ. 11497 (TPG)
<u>Amber Reed Corp., et al. v. Republic Argentina</u>, 08 Civ. 440 (TPG)
<u>NML Capital, Ltd. v. Republic of Argentina</u>, 08 Civ. 3302 (TPG)
<u>Etcheto, et al. v. Republic of Argentina</u>, 08 Civ. 4902 (TPG)
<u>Hagemann, et al. v. Republic of Argentina</u>, 08 Civ. 5436 (TPG)
<u>Brandes, et al. v. Republic of Argentina</u>, 08 Civ. 6625 (TPG)
<u>Wilton Capital v. Republic of Argentina</u>, 09 Civ. 401 (TPG)

## [~~PROPOSED~~] ORDER AUTHORIZING TENDER OF BENEFICIAL INTERESTS FOR PURPOSES OF PARTICIPATION IN THE 2010 EXCHANGE OFFER

WHEREAS, the Court has entered judgments in favor of plaintiffs and against the Republic of Argentina (the "Republic") in the above-captioned cases;

WHEREAS, the Republic plans to launch an exchange offer (the "2010 Exchange Offer") which will be open to owners of beneficial interests in non-performing Republic-issued securities eligible for exchange under the terms of the offer (the "Eligible Securities");

WHEREAS, plaintiffs in the above-listed cases owning beneficial interests in Eligible Securities may wish to participate in the 2010 Exchange Offer; and

WHEREAS, consistent with this Court's Memoranda dated May 16, 2003 and February 22, 2007, the judgments entered in these cases order that, until further notice from the Court, plaintiffs must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in their actions without advising the Court in advance and obtaining permission of the Court.

IT IS HEREBY ORDERED THAT:

1. Any plaintiff in the above-listed cases who holds a judgment and wishes to participate in the 2010 Exchange Offer may tender the beneficial interests in the Eligible Securities underlying such judgment in accordance with the terms of the 2010 Exchange Offer; and

2. The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases.

SO ORDERED:

*Thomas P. Griesa*

United States District Judge
Dated: April 29, 2010