```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| HERNAN LOPEZ FONTANA and MARIANA MORI DE LOPEZ, <br><br> Plaintiffs, <br><br> -against- <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 03 Civ. 8531 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter no later than July 20, 2020, how they propose to proceed.

**SO ORDERED.**

Dated:    New York, New York
           July 13, 2020

                            *Loretta A. Preska*
                            _____
                            LORETTA A. PRESKA
                            Senior United States District Judge