```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| HERNAN LOPEZ FONTANA and MARIANA MORI DE LOPEZ,<br><br>                    Plaintiffs,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                    Defendant. | 03 Civ. 8531 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Republic shall inform the Court no later than December 22, 2020 why the documents referenced in counsel's letter (dkt. no. 110) should be filed under seal.

    **SO ORDERED.**

Dated:   New York, New York
         December 17, 2020

                            _____
                            LORETTA A. PRESKA
                            Senior United States District Judge