**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

THOMAS J. MOLONEY
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER

JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.

JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

December 22, 2020

**BY ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street - Room 2220
New York, New York 10007

   Re: *Fontana, et al. v. Republic of Argentina*, No. 03 Civ. 08531 (LAP)

Dear Judge Preska:

  This firm represents the Republic of Argentina (the "Republic") in the above-captioned case. I write pursuant to the Court's Order directing the Republic to "inform the Court why the documents referenced in counsel [for movant Guillmero Gleizer]'s letter (dkt. no. 110) should be filed under seal." Order (Dec. 17, 2020), ECF No. 111.

  Gleizer's letter references a production made by the Republic (the "Production"), pursuant to a stipulation entered by the parties and so-ordered by the Court. Stipulation Regarding Limited Discovery (Aug. 25, 2020), ECF No. 106. Gleizer's counsel has indicated to the Republic that he intends to file the entirety of the Republic's 419-page Production in connection with his forthcoming motion for attorneys' fees.

  The Production is governed by a confidentiality agreement entered by the parties and so-ordered by the Court, which provides that if counsel for a party seeks to file portions of the Production marked confidential with the Court, those documents "shall be filed under seal, filed with redactions, or submitted to the Court in such manner as is agreed upon by the parties hereto (or ordered by the Court)." Stipulation and Order Governing Confidential Material ¶ 10 (Oct. 6, 2020), ECF No. 109. The Production consists of three components and the Republic addresses the confidentiality of each component below:

Hon. Loretta Preska, pg. 2

(i) **Documents relating to Case No. 35465 (2017) in the courts of the Province of Tierra del Fuego, Antarctica and South Atlantic Islands (Bates Numbers ARG-FON0000001–ARG-FON0000323) (the "Ushuaia Case File")**. The Ushuaia Case File was *not* designated as confidential by the Republic, and accordingly can be filed publicly.

(ii) **An un-redacted copy of the Master Settlement Agreement, dated April 8, 2016, between Mariana Mori de Lopez and Rocio del Valle Lopez Mori ("Plaintiffs"), and the Republic (Bates Numbers ARG-FON0000324–ARG-FON0000333) (the "Settlement Agreement")**. The un-redacted Settlement Agreement was designated as confidential because it contains phone number and address information of Plaintiffs. Both parties have publicly filed the Settlement Agreement with such contact information redacted in the past. *See* Ex. A, Letter from Carmine D. Boccuzzi, Jr. (Nov. 6, 2018), ECF No. 69-1; Ex. 3, Decl. of Guillermo Gleizer (Nov. 28, 2018), ECF No. 77-3. The Republic has no objection to the re-filing of the Settlement Agreement on the docket with the same limited redactions to protect Plaintiffs' personal information. *See* Fed. R. Civ. P. 5.2; *Brown v. Maxwell*, 929 F.3d 41, 48 n.22 (2d Cir. 2019) (implementing "minimal redactions to protect personally identifying information such as personal phone numbers").

(iii) **Email communications between the Republic and Plaintiffs prior to and subsequent to the Master Settlement Agreement's February 8, 2016 date (Bates Numbers ARG-FON0000334–ARG-FON0000419) (the "Settlement Emails")**. The Settlement Emails, which attached the non-final settlement agreements, "do not carry a presumption of public access" since "the discussions and documents exchanged before an agreement has been reached . . . play a negligible role in the trial judge's exercise of Article III judicial power." *See U.S. v. Glens Falls Newspapers, Inc.*, 160 F.3d 853, 857-58 (2d. Cir. 1998) (holding that "the presumption of access to settlement negotiations, draft agreements, and conference statements is negligible to nonexistent"). Accordingly, the Republic respectfully requests that this third category of the Production be filed under seal.

We have conferred with counsel for Gleizer, and understand that Gleizer consents to these confidentiality parameters (*e.g.*, redaction of the Settlement Agreement and sealing of the Settlement Emails), without prejudice to his position on the relevance of the documents. Those parameters are reflected in the attached Exhibit 1.

Respectfully submitted,

*Rahul Mukhi*

Rahul Mukhi

cc: Counsel of Record (via ECF)

```
Counsel shall proceed as agreed and
as outlined in Mr. Meyer's letter
dated October 20, 2020 (dkt. no.
110).  SO ORDERED.
```
*Loretta A. Preska* 12/23/2020