# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
DAVID E. BRODSKY
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
  RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
  RESIDENT COUNSEL

LOUISE M. PARENT
  OF COUNSEL

D: +1 (212) 225 2912
rmukhi@cgsh.com

January 27, 2021

**BY ECF**
The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street - Room 2220
New York, New York 10007

> The sealing request is granted.  SO ORDERED.
> *Loretta A. Preska* 1/28/2021

Re: *Fontana, et al. v. Republic of Argentina*, No. 03 Civ. 08531 (LAP)

Dear Judge Preska:

On behalf of the Republic of Argentina (the "Republic"), I respectfully write in connection with the Republic's opposition to the motion filed by Guillermo Gleizer on December 24, 2020 in the above-captioned case (the "Motion"). Pursuant to Your Honor's Individual Practice Rule 2.H, the Republic respectfully requests leave to file an unredacted copy of its Memorandum in Opposition to the Motion under seal. In accordance with Rule 2.H, we are contemporaneously filing the redacted document in public view in the ECF system. Gleizer's counsel has consented to this request.

The proposed redactions correspond with citations to documents in the record that have been filed under seal pursuant to the Court's Order dated December 23, 2020, *see* ECF No. 113, and the confidentiality agreement entered by the parties and so-ordered by the Court, *see* ECF No. 109. The sealed documents are email communications between the Republic and Plaintiffs prior to and subsequent to the Master Settlement Agreement's February 8, 2016 date (Bates Numbers ARG-FON0000334–ARG-FON0000419). These emails, which attach non-final settlement agreements, "do not carry a presumption of public access" since "the discussions and documents exchanged before an agreement has been reached . . . play a 'negligible role' . . . in the trial judge's exercise of Article III judicial power." *See United States v. Glens Falls Newspapers, Inc.*, 160 F.3d 853, 857-58 (2d. Cir. 1998) (holding that "the presumption of access to settlement negotiations, draft agreements, and conference statements is negligible to nonexistent").

Hon. Loretta Preska, p. 2

      We therefore ask the Court to grant the Republic leave to file under seal an unredacted copy of the Republic's Memorandum in Opposition to the Motion and to publicly file a redacted copy of the same.

      Respectfully submitted,

      */s/ Rahul Mukhi*

      Rahul Mukhi

cc:  Counsel of Record (via ECF)