**UNITED STATES DISTRICT COURT:
SOUTHERN DISTRICT OF NEW YORK**

HERNAN LOPEZ FONTANA, and MARIANA MORI DE LOPEZ,

*Plaintiffs,*

v.

THE REPUBLIC OF ARGENTINA,

*Defendant,*

Case No.: 03-cv-08531 (LAP)
ECF Case

**JUDGMENT**

Movant GUILLERMO GLEIZER ("Movant"), having moved for a New York Judiciary Law ("Jud. L.") § 475 award of attorneys' fees before the Honorable Loretta A. Preska, and the Court having granted Movant's motion by way of Order dated September 30th, 2021 (ECF Dkt. 128), awarding attorney attorneys' fees in favor of Movant, jointly and severally against each of plaintiffs HERNAN LOPEZ FONTANA, and MARIANA MORI DE LOPEZ (jointly, "Plaintiffs") and defendant THE REPUBLIC OF ARGENTINA ("Defendant"); **NOW, IT IS HEREBY**

**ORDERED, ADJUDGED, AND DECREED** that movant GUILLERMO GLEIZER has judgment and shall recover jointly and severally from plaintiffs HERNAN LOPEZ FONTANA, and MARIANA MORI DE LOPEZ the amount of one hundred fifty-two thousand eight hundred thirty-four & 54/100 USD ($152,834.54), and that movant GUILLERMO GLEIZER shall have a writ of execution thereon.

Dated: New York, New York
January  6 , 2022

SO-ORDERED:

_____
Hon. Loretta A. Preska,
Senior United States District Judge

1