UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERNAN LOPEZ FONTANA and
MARIANA MORI DE LOPEZ,

        Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA,

        Defendant.

03 Civ. 8531 (LAP)

---

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the various letters and attachments concerning the fee dispute between Mr. Guillermo Gleizer and the lawyers from Sutton Sachs Meyer PLLC ("SSM") who represented him in this action.  (See dkt. nos. 139, 140, 141, 142, 143, 144, 145.)  Mr. Gleizer and SSM shall appear for a telephonic conference on Monday July 25, 2022, at 11 a.m., using the following information:

Dial-in (877) 402-9753; Access Code: 6545179.

**SO ORDERED.**

Dated:    New York, New York
        July 20, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge

1