**UNITED STATES DISTRICT COURT:**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERNAN LOPEZ FONTANA, and MARIANA MORI DE LOPEZ,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>*Defendant*. | Case No.: 03-cv-08531 (LAP)<br>ECF Case<br><br><br>**ORDER** |

WHEREAS on July 25th, 2022, this Court heard argument in a fee dispute between movant GUILLERMO GLEIZER ("Gleizer") and his counsel SUTTON SACHS MEYER PLLC ("SSM") regarding the division and disposition of the attorneys' fees SSM earned on ███████████ ████████████████████████ settlement funds realized from defendant THE REPUBLIC OF ARGENTINA ("Republic") set forth in Gleizer's engagement letter with SSM, as well as whether SSM is permitted to continue holding in their escrow account such percentage of the one hundred fifty-two thousand eight hundred thirty-four & 54/100 USD ($152,834.54) judgment SSM secured for Gleizer against plaintiffs in this matter ("Judgment") upon Gleizer's repudiation of certain provisions of SSM's engagement letter;

NOW, IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that Gleizer's payment obligations under SSM's engagement letter mandates a twenty-five percent (25%) fee; and it is further

ORDERED that twenty-five percent (25%) of the Judgment in the amount of thirty-eight thousand two hundred eight & 63/100 USD ($38,208.63) shall remain in SSM's escrow account pending further briefing and updates on Judgment execution efforts against plaintiffs within the Republic; and it is further

1

ORDERED that the parties shall submit briefing under the following schedule: Gleizer to file on or before August 19th, 2022; SSM to file on or before September 9th, 2022; no replies.

Dated:       New York, New York
             August   5  , 2022

SO-ORDERED:

_Loretta A. Preska_

Hon. Loretta A. Preska,
Senior United States District Judge