# GUILLERMO A. GLEIZER, Esq.

345 OCEAN DRIVE, UNIT 1025<br>
MIAMI BEACH, FL 33139<br>
(786) 254-6127<br>
*Ari.gui@gmail.com*

August 18, 2022

United States District Court,   Via ECF
Hon. Loretta A. Preska            PreskaNYSDChambers@nysd.uscourts.gov
500 Pearl Street, Room 2220
New York, NY 10007

        Re: Letter Motion to Seal partially Docket No. 150 and 150-1
           Hernan Lopez Fontana, et al v. The Republic of Argentina
           S.D.N.Y. Case No. 03-cv-08531 (LAP)
           SSM Client File No. 10208-B(24)

Dear Judge Preska:

    This motion respectfully seeks that the Court seal the existing docket entries 150 and 150-1 and the public docket show the versions being filed with this letter, which redact the confidential information, pursuant to Your Honor's Rule (2)(H)(2).

    The above mentioned docket entries contain information regarding the settlement between the Republic and Gleizer, which has been designated as confidential in the settlement agreement executed by them. ECF 139-4, at Art. VIII. The Republic has consented to this procedure. The redacted versions of Docket entries 150 and 150-1 are attached to the copy sent by email.

    Thank you for your attention to this matter.

Respectfully submitted,<br>
<br>
Guillermo A. Gleizer

```
The Clerk of the Court shall seal docket
entries 150 and 150-1, as they contain
confidential information regarding
settlement.  Mr. Gleizer shall promptly
file redacted versions of the sealed
docket entries.  The parties shall be
diligent in ensuring that they do not
publicly file confidential material,
namely, the amount and terms of the
settlement.

SO ORDERED.
```

*Loretta A. Preska*
8/19/2022