UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

HERNAN LOPEZ FONTANA, and          CASE No. 03-cv-08531 (LAP)
MARIANA MORI DE LOPEZ,             ECF Case

            Plaintiffs,

   v.

THE REPUBLIC OF ARGENTINA,

           Defendants.
_____x

*[Handwritten order:]* Mr. Gleizer shall submit a proper motion to withdraw, explaining any impact on other parties, including Mr. Gleizer's clients. SO ORDERED. Loretta A. Preska, LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE. 9/28/23

### APPLICATION FOR A DIRECTION TO THE CLERK TO MODIFY DOCKET AND RECORD

    Guillermo Gleizer, pro-se applicant, makes this application to the Court for a direction to the Clerk to modify the record and the docket in this case, on the following facts:

    1. On September 5, 2023, on the basis that I was removed from the roll of attorneys in New York State because my voluntary resignation (non-disciplinary) was accepted, the Chair of the Committee on Grievances, S.D.N.Y. issued an Order by which I "was stricken from the roll of practicing attorneys of this [S.D.N.Y.] Court." Exhibit 1.

    2. I have requested the Clerk to make the appropriate modifications to the docket and records of this case, in which, although closed, there are outstanding motions, including my opposition/"cross-motion" on the grounds that Sutton Sachs Meyer failed to show facts for the Court to establish that it has Jurisdiction – Dkt.157, ps.8-9, paras.26-29; Dkt.150, section 3, ps.6-7 –, and Sutton Sachs Meyer's implicit motion to determine jurisdiction to adjudicate its other outstanding motions.

3. The Clerk has advised me that these modifications would be done if and when the Clerk received directions of the Court to do so.

WHEREFORE, I respectfully request that this Court direct the Clerk to make the appropriate changes in the docket and records of this case so as to reflect the fact that I am no longer attorney for plaintiffs.

Dated: Miami Beach, Florida
       September 27, 2023

                              s/Guillermo Gleizer
                              Pro Se Applicant
                              345 Ocean Drive, Apt. 1025
                              Miami Beach, FL 33139
                              (786) 254-6127
                              ari.gui@gmail.com