UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FONTANA, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINA REPUBLIC,<br><br>                    Defendant. | No. 03 CV 8531 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Mr. Gleizer's "Application to amend the Docket reflecting that SSM are not my attorneys." Dkt. no. 168. Sutton Sachs Meyer PLLC is hereby directed to respond by no later than December 29, 2023. Any motion to withdraw as counsel to Mr. Gleizer shall include, pursuant to Local Rule 1.4, the reasons for withdrawal, the posture of the case, and whether counsel is asserting a retaining or charging lien.

**SO ORDERED.**

Dated:    December 18, 2023
           New York, New York

                                                _/s/ Loretta A. Preska_
                                                LORETTA A. PRESKA
                                                Senior United States District Judge