UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FONTANA, ET AL,<br><br>                Plaintiff,<br><br>-against-<br><br>ARGENTINA REPUBLIC,<br><br>                Defendant. | No. 03-CV-08531 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Gleizer's motion to request recusal.  (Dkt. no. 184.)  All parties shall respond by November 25, 2024.  Mr. Gleizer shall file any reply by December 2, 2024.

**SO ORDERED.**

Dated:    November 18, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge