**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERNAN LOPEZ FONTANA and MARIANA MORI DE LOPEZ, | CASE No. 03-cv-08531 (LAP) ECF Case |
| *Plaintiffs,* | |
| v. | |
| THE REPUBLIC OF ARGENTINA, | **CONSENT JUDGMENT** |
| *Defendant* | |

**WHEREAS** by way of Order of this Court dated November 14th, 2018 [ECF 74], this Court held that it "retains jurisdiction, even after dismissal of plaintiffs' claims against the Republic, to adjudicate collateral matters in this action such as attorneys' fees";

**WHEREAS** petitioner SUTTON SACHS MEYER PLLC ("Petitioner") secured both a settlement in favor of respondent GUILLERMO GLEIZER ("Respondent") in an undisclosed amount from defendant THE REPUBLIC OF ARGENTINA ("Republic") and a civil money judgment dated January 6th, 2022 in the amount of one hundred fifty-two thousand eight hundred thirty-four & 54/100 USD ($152,834.54) [ECF 136] against Respondent's former clients, plaintiffs HERNAN LOPEZ FONTANA and MARIANA MORI DE LOPEZ ("Plaintiffs");

**WHEREAS**, after securing the judgment on Respondent's behalf, to the extent found by this Court dated September 16th, 2025 [ECF 189], Respondent frustrated Petitioner's Judgment execution attempts against Plaintiffs and to the extent found by this Court dated September 16th, 2025, Respondent repudiated his contingent legal fee obligations to Petitioner, whereupon a dispute over the Petitioner's entitlement to such fees arose between Petitioner and Respondent;

**WHEREAS**, by way of Order of this Court dated September 16th, 2025, this Court found that Petitioner is entitled to an Order of Attachment, attaching, restraining, and directing that the remaining fee due and owing to Petitioner in the amount of thirty-eight thousand two hundred eight & 63/100 USD ($38,208.63) ("Remaining Fee") of Respondent's settlement with the Republic remain in Petitioner's escrow account as security for Respondent's repudiated legal fee obligation to Petitioner upon posting an attachment bond and interposing a pleading against Respondent;

**WHEREAS**, in compliance with this Court's Order dated September 16th, 2025, on September 26th, 2025, Petitioner timely interposed a pleading alleging various claims against Respondent arising from the foregoing [ECF 193-1], and on September 29th, 2025, Petitioner timely secured an attachment bond ("Bond") [ECF 194] supporting the Order of Attachment dated September 16th, 2025; and

**WHEREAS** Petitioner and Respondent now desire to resolve all claims between them without further litigation, whereupon Respondent acknowledges liability to Petitioner for the

Remaining Fee in the amount of not less than thirty-eight thousand two hundred eight & 63/100 USD ($38,208.63) and jointly agrees to entry of judgment in that amount as set forth herein.

**NOW, THEREFORE**, upon the consent of the parties, it is hereby:

**ORDERED, ADJUDGED, AND DECREED that:**

1.  Judgment is entered in favor of Petitioner and against Respondent in the amount of thirty-eight thousand two hundred eight & 63/100 USD ($38,208.63), with a writ of execution thereon.

2.  In full satisfaction of this judgment, Petitioner is hereby authorized and directed to immediately remove the amount of thirty-eight thousand two hundred eight & 63/100 USD ($38,208.63) from Petitioner's escrow account and disburse such funds to itself subject to the terms of the parties' settlement agreement, whereupon this judgment shall be deemed satisfied in-full.

3.  Respondent hereby irrevocably waives appeal of this Court's Order dated September 16th, 2025 [ECF 189], further hereby irrevocably waives the right to seek *vacatur* or modification of this consent judgment, and appellate review of denial of Respondent's attempt at *vacatur* or modification hereof.

Dated:      New York, New York
            October ___, 2025

**SO-ORDERED:**

_____
Hon. Loretta A. Preska, United States District Judge

**AGREED & ACCEPTED BY:**

SUTTON SACHS MEYER PLLC
*Petitioner*

By: _____
    Zachary G. Meyer, Esq.

GUILLERMO GLEIZER
*Respondent*

By: _____
    Guillermo Gleizer

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

10/9/25

2